IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BREESE ASSOCIATES, L.P.,<br>
Plaintiff,<br>
v.<br>
THE UNITED STATES,<br>
Defendant.

Case No. 06-17C<br>
(Judge Braden)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT<br>
Senior Trial Counsel<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
1100 L Street, N.W.<br>
Washington, D.C. 20530

Attention: Classification Unit<br>
8th Floor

/s/Shalom Brilliant<br>
SHALOM BRILLIANT<br>
Senior Trial Counsel<br>
Commercial Litigation Branch<br>
Civil Division<br>
Telephone: (202) 305-7561<br>
Facsimile: (202) 305-7643

Dated: January 18, 2006

CERTIFICATE OF FILING

I hereby certify that on January 18, 2006, a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Shalom Brilliant