# In the United States Court of Federal Claims

No. 06-17C
Filed April 5, 2006

| | |
|---|---|
| BREESE ASSOCIATES, L.P., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER STAYING PROCEEDINGS**

Pursuant to the parties' March 3, 2006 Joint Motion, the case is hereby **STAYED until Wednesday, October 11, 2006**, for Alternative Dispute Resolution proceedings before the Honorable Marian Blank Horn.

The court will convene a telephone status conference **on October 11, 2006 at 2:00pm, E.S.T.**

**IT IS SO ORDERED.**

s/**SUSAN G. BRADEN**
**Judge**