# In the United States Court of Federal Claims

No. 06-17C
Filed October 13, 2006

***********************************
*
BREESE ASSOCIATES, L.P., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to the October 11, 2006 telephone status conference, the court hereby enters a **STAY** on further proceedings until **January 11, 2007.** A telephone status conference will be convened on **January 11, 2007 at 2pm E.S.T.**, by which time the court anticipates that the settlement will be finalized.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**